IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CMBS LLC, FISH GAME KINGS, )
and NLG SOFTWARE, LLC, )
　　　　　　　　　　　　　　　　）
　　　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　）
　　v. ) 1:20CV71
　　　　　　　　　　　　　　　　）
DAVIE COUNTY[1] and )
SHERIFF J.D. HARTMAN, )
　　　　　　　　　　　　　　　　）
　　　　　　　Defendants. )

**JUDGMENT**

For the reasons set out in the Memorandum Opinion and Order entered contemporaneously herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that all claims against the unserved Defendant Davie County Sheriff J.D. Hartman are **DISMISSED WITHOUT PREJUDICE.**

This the 31st day of March, 2021.

　　　　　　　　　　　　　　　／s/ William L. Osteen, Jr.
　　　　　　　　　　　　　　　United States District Judge

---

[1] on January 13, 2020, prior to removal, Plaintiffs filed a Notice of Voluntary Dismissal as to Defendant Davie County. (Doc. 1, Ex. 1 at 67.)